UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PEDRO HERNADEZ GALLARDO                                    PETITIONER

VS.                                CIVIL ACTION NO. 3:17CV708TSL-LRA

WARDEN L. SHULTS                                           RESPONDENT

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Linda R. Anderson entered on December 27, 2019, recommending that Gallardo's § 2241 petition be dismissed. Petitioner Pedro Hernadez Gallardo has not filed an objection and the time for doing so has expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Linda R. Anderson entered on December 27, 2019, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the petition is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 23rd day of March, 2020.

                                ___/S/Tom S. Lee_____
                                UNITED STATES DISTRICT JUDGE